# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2014

147758(61)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHIGAN COALITION OF STATE
EMPLOYEE UNIONS, INTERNATIONAL
UNION UAW AND LOCAL 6000, MICHIGAN
CORRECTIONS ORGANIZATION/SEIU,
MICHIGAN PUBLIC EMPLOYEES/SEIU
LOCAL 517M, MICHIGAN STATE
EMPLOYEES ASSOCIATION, AFSCME
LOCAL 5, MICHIGAN AFSCME COUNCIL 25,
ANTHONY MCNEILL, RAY HOLMAN,
ANDREW POTTER, ED CLEMENTS, AMY
LIPSET, WILLIAM RUHF, KENNETH MOORE,
RUSSELL WATERS, MARK MOZDZEN, and
KATHLEEN WINE/ALL OTHERS SIMILARLY
SITUATED,
        Plaintiffs-Appellees,

v

STATE OF MICHIGAN, STATE EMPLOYEES
RETIREMENT SYSTEM, STATE EMPLOYEES
RETIREMENT SYSTEM BOARD, DEPARTMENT
OF TECHNOLOGY MANAGEMENT AND
BUDGET, DEPARTMENT/DIRECTOR
OF TECHNOLOGY MANAGEMENT AND BUDGET,
DIRECTOR OF RETIREMENT SERVICES OFFICE,
and STATE TREASURER,
        Defendants-Appellants.
_____/

SC: 147758
COA: 314048
Ct of Claims: 12-000017-MM

On order of the Chief Justice, the motion of defendants-appellants for leave to file a brief in response to the amicus curiae brief filed by the Michigan Civil Service Commission is GRANTED. The responsive brief submitted on July 23, 2014, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
August 5, 2014



Clerk